IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO WALLACE,

    Plaintiff,

v.

WARDEN, BALDWIN STATE PRISON,

    Defendant.

CIVIL ACTION NO.: 4:21-cv-201

**O R D E R**

The appellant in the above-styled action having been denied a Certificate of Appealability by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 11th day of September, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA